1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  NIROMI W. PFEIFFER
   Supervising Deputy Attorney General
3  DARRELL W. SPENCE, State Bar No. 248011
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-6089
6   Fax: (916) 324-5567
    E-mail: Darrell.Spence@doj.ca.gov
7  *Attorneys for Defendants California Department of
   Health Care Services, Jennifer Kent, and the State of
8  California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTHEAST MEDICAL SERVICES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, HEALTH AND HUMAN SERVICES AGENCY; JENNIFER KENT, DIRECTOR OF THE DEPARTMENT OF HEALTH CARE SERVICES; and STATE OF CALIFORNIA ,**<br><br>Defendants. | 2:19-cv-01489-JAM-KJN<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: None Set<br>Action Filed: August 5, 2019 |

1

Plaintiff Northeast Medical Services, Inc. ("Plaintiff"), and Defendants California Department of Health Care Services, Jennifer Kent, and the State of California ("Defendants"), by and through their attorneys of record, agree and **STIPULATE** that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint, served on August 23, 2019, with a responsive pleading due by September 30, 2019 (pursuant to a prior stipulation between the parties), is hereby extended to (and including) October 10, 2019.

The purpose of the extension is to provide the Parties with time to meet and confer prior to the potential filing of Defendants' motion to dismiss. The meet and confer may resolve the issues without the necessity of briefing; may narrow the issues for review by the Court; and, if the meet and confer is unsuccessful, will allow the Parties to coordinate a mutually convenient date for the motion.

Dated: September 27, 2019              Respectfully submitted,

                                                  XAVIER BECERRA
                                                  Attorney General of California
                                                  NIROMI W. PFEIFFER
                                                  Supervising Deputy Attorney General

                                                  BY:  _____/s/_____
                                                  DARRELL W. SPENCE
                                                  Deputy Attorney General
                                                  *Attorneys for Defendants*
                                                  *California Department of Health Care*
                                                  *Services, Jennifer Kent, and the State of*
                                                  *California*

Dated: September 27, 2019              Respectfully submitted,

                                                  BY:  _____/s/_____
                                                  NICOLE M. BACON
                                                  Feldesman Tucker Leifer Fidell LLP
                                                  *Attorneys for Plaintiff*
                                                  *Northeast Medical Services*

## STIPULATED ORDER

In view of the Parties' stipulation, and good cause appearing thereof, Defendants California Department of Health Care Services, Jennifer Kent, and the State of California time to answer or otherwise respond to Plaintiff North East Medical Services' Complaint is hereby extended to (and including) October 10, 2019.

.

IT IS SO ORDERED.

Dated: September 27, 2019            /s/ John A. Mendez

The Honorable John A. Mendez