UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH EAST MEDICAL SERVICES, INC.<br><br>**Plaintiff,**<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, HEALTH AND HUMAN SERVICES AGENCY; JENNIFER KENT, DIRECTOR OF THE DEPARTMENT OF HEALTH CARE SERVICES, and STATE OF CALIFORNIA<br><br>**Defendants.** | CASE NO. 2:19-cv-01489<br><br><br>ORDER GRANTING PLAINTIFFS MOTION TO DISMISS |

Upon consideration of the Plaintiff's request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Unopposed Motion to Dismiss Without Prejudice is GRANTED. Plaintiff's claims for declaratory relief are hereby dismissed without prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED.

DATED: January 18, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE